# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : CRIMINAL NO. 1:03-CR-0250 |
| **v.** | : (Judge Conner) |
| **MICHAEL D. FORBES,** | : |
| Defendant | : |

## **ORDER**

AND NOW, this 2nd day of July, 2009, upon consideration of the government's motion (Doc. 1262) to withdraw previously filed motion to dismiss, it is hereby ORDERED that said Motion is GRANTED. The government's motion to dismiss defendant's motion under 28 U.S.C. § 2255 as time barred filed June 9, 2009, is hereby WITHDRAWN.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge