# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 1:03-CR-0250** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **MICHAEL D. FORBES,** | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 2nd day of July, 2009, upon consideration of defendant's motion (Doc. 1259) to strike the government's motion to dismiss (Doc. 1256) pursuant to Federal Rule of Civil Procedure 12(f), and it appearing that the government has withdrawn its motion to dismiss, (see Doc. 1263), it is hereby ORDERED that defendant's motion (Doc. 1259) to strike is DENIED as moot.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge