# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 1:03-CR-0250** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **MICHAEL D. FORBES** | : | |

## ORDER

AND NOW, this 2nd day of November, 2009, upon consideration of the memorandum (Doc. 1271) entered in the above-captioned matter on October 19, 2009, and it appearing that the memorandum contains minor typographical error, it is hereby ORDERED that the memorandum (Doc. 1271) is AMENDED as follows:

1. The citation to "Doc. 1," following the second sentence in Part II.A. on page 4, is deleted and replaced with a citation to "Doc. 505," so that the relevant sentence reads: "The indictment charged defendant with, *inter alia*, manufacturing, distributing, and possessing heroin, "crack" cocaine, and cocaine hydrochloride. (See Doc. 505.)"

2. The citation to "Doc. 1 at 2, 23-24," following the second complete sentence on page 9, is deleted and replaced with a citation to "Doc. 505 at 1, 7-10," so that the relevant sentence reads: "In addition, however, the charges filed against defendant under 21 U.S.C. § 841(a)(1) and § 846 do not require the government to prove beyond a reasonable doubt that defendant distributed a specific quantity of drugs. (See Doc. 505 at 1, 7-10); . . ."

3. The memorandum (Doc. 1271) shall remain unchanged in all other respects.

                                                     S/ Christopher C. Conner  
                                                     CHRISTOPHER C. CONNER  
                                                     United States District Judge