# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : CRIMINAL NO. 1:03-CR-0250 |
| | : |
| v. | : **(Judge Conner)** |
| | : |
| **MICHAEL D. FORBES** | : |

## **ORDER**

AND NOW, this 25th day of November, 2009, upon consideration of defendant's *pro se* motion (Doc. 1274) for reconsideration of the memorandum and order of court (Doc. 1271) dated October 19, 2009, wherein the court denied defendant's motion (Doc. 1238) to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, and the court finding that there are no manifest errors of law or fact in the challenged order, see Harsco Corp. v. Zlotniki, 779 F.2d 906, 909 (3d Cir. 1985) ("The purpose of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence . . . ."), it is hereby ORDERED that the motion (Doc. 1274) for reconsideration is DENIED.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge