IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:03-CR-250** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **MICHAEL D. FORBES** (1), | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 20th day of April, 2020, upon consideration of defendant Michael D. Forbes' motion (Doc. 1309) for a sentence reduction under Section 404(b) of the First Step Act of 2018, § 404(b), Pub. L. No. 115-391, 132 Stat. 5194, 5222, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that Forbes' motion (Doc. 1309) is DENIED.

       /S/ CHRISTOPHER C. CONNER
       Christopher C. Conner, Chief Judge
       United States District Court
       Middle District of Pennsylvania